FILED'08 OCT 17 14:07 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ROBERT ROBINSON,

                **Plaintiff,**

     v.                                            Civil No. 07-1494-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                **Defendant.**

---

## JUDGMENT

This action is reversed and remanded to the Commissioner pursuant to sentence four of 42 U. S. C. § 405(g) for calculation and award of benefits consistent with this court's opinion and order.

Dated: October _15_, 2008.

                                  /s/ Ann Aiken
                                  **United States District Judge**

**JUDGMENT**                                     **DOCUMENT NO:** _____