WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 FEB 13 15:58USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**ROBERT ROBINSON,**                                    CV 07-1494-AA

  Plaintiff,

vs.                                                                ORDER

**COMMISSIONER of Social Security,**

  Defendant.

_____

Attorney fees in the amount of $18,238.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,450.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Plaintiff's attorney may retain a total fee of $18,238.00 (minus any user fee imposed by the Social Security Administration for processing fee payment). If Plaintiff's attorney receives combined payments in excess of that amount, he shall refund the excess to the claimant.

DATED this 12 day of February, 2009.

_____
United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1